APPEAL from an order made at the Special Term, overruling a demurrer to the complaint.

*Hulse, Little & Finn*, for the appellant.

*D. D. McKoon*, for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN AND DONOHUE, JJ.

Order affirmed.

---

JOHN A. NICHOLS, RESPONDENT, *v.* THOMAS IREMONGER, GEORGE IREMONGER AND WILLIAM IREMONGER, IMPLEADED WITH CHARLES A. HILL AND OTHERS, APPELLANTS.

*Purchasers under execution sale — defense by, to prior incumbrances.*

Purchasers under an execution sale may set up any defense to a lien prior to that under which the execution sale was had.

APPEAL from a judgment of foreclosure and sale, entered on the report of a referee in favor of the plaintiff.

The action was brought to foreclose a mortgage on premises sold on an execution sale, to the defendant, Iremonger, under a judgment subsequent to such mortgage.

*John H. Bergen* and *Philip Reilly*, for the appellants.

*H. W. Johnson*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment reversed, and new trial granted at Special Term, costs to abide the event.